UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WORLINE, | ) | Case No. CV 07-3845-CJC(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| J.F. SALAZAR, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is granted, and respondent is directed to release petitioner on parole within thirty (30) days of the date of entry of judgment.

Dated: October 14, 2009

_____
Cormac J. Carney
United States District Judge